# AMENDED TRUSTEE'S CONFIRMATION REPORT – 2/23/19

**DEBTOR:** Bobby G Fulmore     **CASE NO.:** 18-20513-PRW
**ATTORNEY:** Peter D Grubea, Esq.     **ATTORNEY FEES:** $ 3800
    Additional Attorney Fees: $
    Fees in Plan: $ 3490

I. **TRUSTEE RECOMMENDATION:** _____ Plan Recommended    __X__ Plan Not Recommended

II. **PLAN FILED DATE:** 1/29/19 (ECF BK No. 45 )

    A. **PAYMENTS:** $1097 per month voluntarily, starting 3/11/19. Prior funds received are added to the plan.

    B. **REPAYMENT:**
| | | |
|---|---|---|
| To secured creditors | $47,691 | with interest $70,740 |
| To priority creditors | $ 6,323 | |
| To unsecured creditors | $ 0 | 0 % |
| General unsecured debt | $ 4,009 | |
| Duration of Plan | 5 | years |
| Total Scheduled Debt | $42,849 | incl. mortgages |

    C. **FEASIBILITY:**
| | | | |
|---|---|---|---|
| Monthly Income | $5829 | (net) $5829 | (gross) |
| Less Estimated Expenses | $5370 | | |
| Excess for Wage Plan | $ 459 | | |

    D. **OBJECTIONS to Confirmation:** EB1 Eminy – Objection withdrawn.
       Trustee – 1) If the secured claims are allowed as filed, the plan cannot be completed in 5 years.
       2. The plan must address the secured claims filed by Monroe County & Propel.

    E. **Other comments:**
       ☐ need certification of post petition DSO payments.
       ☒ other: The above figures assume the allowance of the secured claims as filed with the proper rates of interest.

III. **TREATMENT OF SECURED CLAIMS/LEASE ARREARS:**

| Creditor | Amt of Claim | Security Claimed | Perfected | Plan Treatment | Monthly Pmt |
|---|---|---|---|---|---|
| Ally | $27,454.34 | '13 Ford | Yes | Direct | |
| EB1 Eminy | $39,244.73 | Tax lien | Yes | $29,137.12 + 18% | $740 |
| EB1 Eminy | | | | $10,107.61 + 12% | $225 |
| Monroe County | 552.69 | Tax lien | Yes | None | |
| Tower | $ 2,119.19 | Tax lien | Yes | Full + 18% | $ 44 |
| Propel | $ 5,774.24 | Tax lien | Yes | None | |

IV. **SPECIAL PLAN PROVISIONS:**

    A.     CLASSIFICATION of unsecured creditors: *Not applicable*
                  Class 1:     %   $
                  Class 2:     %   $
                  Class 3     %   $

    B.     Rejection of executory contracts:

    C.     Other Plan Provisions:

V. **BEST INTEREST TEST:**

    A.     All assets were listed.
    B.     Total market value of assets:     $34,802
            Less valid liens     $ 7,976
            Less exempt property     $26,826
            (Available for judgment liens )
            Subtotal     $ 0
            Less est. Chapter 7 fees     $ 0
    C.     Total available in liquidation     $ 0
    D.     Best interests including present value     $ 0
            Less priority claims     $6323
            (Support $     )
    E.     Amount due to unsecured     $ 0
    F.     Amount to be distributed to unsecured creditors     $ 0

    G.     Nature of major non-exempt assets:

VI. **OTHER:**

    A.     Debtor(s) states that the plan is proposed in good faith with intent to comply with the law.
    B.     Debtor(s) states that to the best of its knowledge there are no circumstances that would affect the ability to make the payments under the plan.
    C.     (If a business) The Trustee has investigated matters before him relative to the condition of debtor's business, and has not discovered any actionable causes concerning fraud, dishonesty, incompetence, misconduct, mismanagement or irregularities in managing said business.
    D.     Debtor requests no wage order because: __X___ disability or retirement, _____ self employed, _____ risk of job loss, _____ other
    E.     Converted from Chapter 7 because: Non Applicable.

                                                              /S/_____
                                                              GEORGE M. REIBER, TRUSTEE